```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 19725
   JERRY E MUTH
   DENISE F MUTH                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-6845    SSN XXX-XX-1329
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/30/08 .

2. The case was converted to Chapter 7 without confirmation, 10/28/2008.

3. The Debtor paid a total of $   500.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PHH MORTGAGE FKA CENDANT | CURRENT MORTG | .00 | .00 | .00 |
| FIRST MIDWEST BANK | SECURED | .00 | .00 | .00 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | .00 | .00 | .00 |
| RAYMOND ORENIC MD | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ENLOE DRUGS | UNSECURED | NOT FILED | .00 | .00 |
| FAMILY MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| CEMB | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HRRG | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET CARDIOLOGY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL SERV | UNSECURED | NOT FILED | .00 | .00 |

```
KURTZ AMBULANCE SERVICE    UNSECURED      NOT FILED              .00         .00
LOYOLA HOSPITAL            UNSECURED      NOT FILED              .00         .00
MARIANJOY REHAB HOSPITAL   UNSECURED      NOT FILED              .00         .00
MIDWEST NEUROLOGICAL       UNSECURED      NOT FILED              .00         .00
PARKVIEW ORTHOPAEDIC GRO   UNSECURED      NOT FILED              .00         .00
PHILLIPS EYE CENTER        UNSECURED      NOT FILED              .00         .00
PHYSICIANS IMMEDIATE CAR   UNSECURED      NOT FILED              .00         .00
PLANTATION BILLING CENTE   UNSECURED      NOT FILED              .00         .00
PROVENA CARE @ HOME        UNSECURED      NOT FILED              .00         .00
PROVENA HOME HEALTH        UNSECURED      NOT FILED              .00         .00
ST JOSEPH MEDICAL CLINIC   UNSECURED      NOT FILED              .00         .00
SERVICE MEDICAL EQUIPMEN   UNSECURED      NOT FILED              .00         .00
SUPERIOR AIR GROUND AMBU   UNSECURED      NOT FILED              .00         .00
WELLS FARGO CARD SERVICE   UNSECURED      NOT FILED              .00         .00
WILL COUNTY MEDICAL ASSO   UNSECURED      NOT FILED              .00         .00
FIRST MIDWEST BANK         MORTGAGE ARRE  NOT FILED              .00         .00
     Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00          .00         .00         .00
PRINCIPAL PAID          .00           .00          .00         .00         .00
INTEREST PAID           .00           .00          .00         .00         .00
TOTAL PAID              .00           .00          .00         .00         .00
```

The Debtor's attorney, PATRICK A MESZAROS       , was allowed $   3500.00
and was paid $    500.00   direct and $    473.50   through the plan.

The Trustee received $      26.50 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/22/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                          PAGE   3
    CASE NO. 08 B 19725 JERRY E MUTH & DENISE F MUTH
```